1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAYWARD PROPERTY, LLC,

Plaintiff,

v.

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

Defendant.

Case No.  20-mc-80102-DMR

**SUA SPONTE JUDICIAL REFERRAL
FOR PURPOSES OF DETERMINING
RELATIONSHIP OF CASES**

On June 12, 2020, this action was transferred to this District.  Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Saundra Brown Armstrong to determine whether it is related to *Hayward Property, LLC v. Commonwealth Land Title Insurance Company*, Case No. 17-cv-6177 SBA.

**IT IS SO ORDERED.**

Dated: October 16, 2020

_____
DONNA M. RYU
United States Magistrate Judge